UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | 15-361(MLC) |
| | : | CRIMINAL NO. ~~14-7248~~ |
| v. | : | |
| | : | ORDER TO RESCIND BAIL |
| ELIEZER MEDINA | : | |

RECEIVED
JUL 20 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

THIS MATTER having come before the Court on the application of defendant, Eliezer Medina, ( by John H. Yauch, Assistant Federal Public Defender) for an Order rescinding the bail previously set in this matter, and the United States (by Melissa Wangenheim, Assistant U.S. Attorney) having no objection thereto, and for good cause shown:

IT IS on this 20th day of July, 2015, HEREBY ORDERED:

1. That bail be rescinded and that Eliezer Medina voluntarily surrender himself to the United States Marshal's Service after the entry of his guilty plea on July 20, 2015.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE